**1**

Granville WILCOXSON v. STATE. (No. 9796.) (Court of Criminal Appeals of Texas. Jan. 13, 1926. Rehearing Denied March 3, 1926.) Appeal from District Court, Collin County; F. E. Wilcox, Judge. Hughston & Neilson, of McKinney, and Floyd Harry, of Farmersville, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J. Conviction is under article 1167, P. C. (1925 Revision), which denounces as a crime the willful and malicious disfiguring of another. Punishment is a fine of $200. The record contains neither a statement of facts nor bills of exception. In this condition, nothing is presented to this court for review. The judgment is affirmed.

---

**2**

M. E. CHAPMAN v. J. J. FENNESSEY et al. (No. 1864.) (Court of Civil Appeals of Texas. El Paso. Feb. 25, 1926.) Appeal from Shackelford County Court; Richard Dyess, Judge. See, also, 262 S. W. 185. L. H. Welch, of Breckenridge, for appellant. C. C. McDonald, of Wichita Falls, for appellees.

WALTHALL, J. This appeal is prosecuted from a final judgment entered on February 20, 1925. On the 13th day of March, 1925, the trial court heard and overruled appellant's motion for a new trial, to which order appellant excepted and gave notice of appeal. The appeal was perfected, and the case was transferred to this court from the Eastland Court of Civil Appeals, and submitted on February 18, 1926. No briefs by either party have been filed, or tendered in the case in this court. Rule 39 for these courts will therefore be enforced, and the appeal ordered dismissed, as per motion of appellees.

---

**3**

STATE of Texas, Appellant, v. TEXAS COMPANY, Appellee. (No. 6881.) (Court of Civil Appeals of Texas. Austin. Dec. 23, 1925. Rehearing Denied March 10, 1926.) Appeal from District Court, Travis County; Geo. Calhoun, Judge. W. A. Keeling, Atty. Gen., C. A. Wheeler, of Austin, Riley Strickland, of Sugar Land, and Frank M. Kemp, Asst. Atty. Gen., for appellant. White, Wilcox, Graves & Taylor, of Austin, Robert A. John and T. J. Lawhon, both of Houston, and C. B. Ames, of Oklahoma City, Okl., for appellee.

McCLENDON, C. J. This is a companion case to that of cause No. 6880, State v. Gulf Refining Company, 279 S. W. 526. The pleadings and evidence are not in any material respects different in the two cases, and the questions involved are in principle the same. The decision in that case controls in this, and for the reasons set out in the opinion in that case the judgment of the trial court is affirmed.